**[J-71-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITIONS OF | : | No. 33 MAP 2016 |
| BRIAN A. GORDON AS A DEMOCRATIC | : | |
| CANDIDATE FOR CONGRESS IN THE | : | Appeal from the Order of the |
| 2ND CONGRESSIONAL DISTRICT | : | Commonwealth Court at 112 MD 2016, |
| | : | dated March 18, 2016. |
| | : | |
| APPEAL OF: PAMELA GABELL AND | : | |
| JOHN PACKARD | : | Submitted:  March 30, 2016 |

<u>**ORDER**</u>

**PER CURIAM**                                                    **DECIDED:  April 11, 2016**

AND NOW, this 11th day of April, 2016, the Order of the Commonwealth Court is

**AFFIRMED**.